IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE LLC, BAYER HEALTHCARE PHARMACEUTICALS INC., and ONYX PHARMACEUTICALS, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>        Defendant. | C.A. No. 16-1220 (LPS) |

**STIPULATION OF DISMISSAL**

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Bayer HealthCare LLC, Bayer HealthCare Pharmaceuticals, Inc. and Onyx Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") hereby stipulate and agree that Plaintiffs' action against Teva and Teva's action against Plaintiffs, including all claims and defenses asserted by Plaintiffs against Teva and all claims and defenses asserted by Teva against Plaintiffs, are hereby dismissed with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>dfahnestock@mnat.com<br>araucci@mnat.com<br><br>*Attorneys for Plaintiffs* | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>David M. Fry (#5486)<br>Nate Hoeschen (#6232)<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Defendant* |

SO ORDERED this ____ day of February, 2018.

_____
Chief Judge Leonard P. Stark